# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135554

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ESTATE DEVELOPMENT COMPANY,
      Plaintiff-Appellee,

v

OAKLAND COUNTY ROAD COMMISSION,
      Defendant, Third-Party
      Plaintiff-Appellant,
and

THOMPSON-McCULLY COMPANY, a/k/a
THOMPSON-McCULLY COMPANY, L.L.C.,
      Third-Party Defendant,
      Third-Party Plaintiff-Appellee,
and

OAKLAND EXCAVATING COMPANY,
OWEN TREE SERVICE, and ACKLEY
CONSTRUCTION,
      Third-Party Defendants.

SC: 135554
COA: 273383
Oakland CC: 2004-057182-CC

_____/

      On order of the Court, the application for leave to appeal the November 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

t0317